UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

INEZ TITO LUGO,

                                  NO. CIV. S-99-1151 LKK/GGH

        Petitioner,

   v.                                   O R D E R

WARDEN OF THE CALIFORNIA
MEDICAL FACILITY, et al.,

        Respondents.
                                /

    Pursuant to court order, a Status Conference was held in Chambers on December 5, 2005. DAVID PORTER appeared as counsel for petitioner; CARLOS MARTINEZ appeared as counsel for respondents. After hearing, the court makes the following findings and orders:

////

////

////

////

////

1

1 **FURTHER STATUS CONFERENCE**

2 A further Status Conference is now SET for February 13, 2006

3 at 1:30 p.m.

4 IT IS SO ORDERED.

5 DATED: December 8, 2005.

```
                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```