DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
INEZ TITO LUGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INEZ TITO LUGO,<br><br>       Petitioner,<br><br>   v.<br><br>WARDEN OF THE CALIFORNIA MEDICAL FACILITY, et al.,<br><br>       Respondents. | NO. Civ. S-99-1151 LKK GGH<br><br>**ORDER CONTINUING STATUS CONFERENCE AND SETTING BRIEFING SCHEDULE** |

Pursuant to the stipulated request of the parties, and good cause appearing therefor, it is ordered that the Status Conference in the above-entitled matter, set for February 13, 2006, is hereby CONTINUED to April 17, 2006 at 3:30 p.m.

On or before April 3, 2006, the parties shall file a brief addressing the proper remedy for the trial court's failure to obtain a waiver of the defendant's presence during the read back and play back of trial testimony during jury deliberations.

IT IS SO ORDERED.

Dated: February 9, 2006

/s/Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT