UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

INEZ TITO LUGO,

                                NO. CIV. S-99-1151 LKK/GGH P

       Petitioner,

   v.                          O R D E R

WARDEN OF THE CALIFORNIA
MEDICAL FACILITY, et al.,

       Respondents.
_____/

    A Status Conference was held in the above-captioned case on April 17, 2006.  At that hearing, the court GRANTED the request of petitioner's counsel to file a reply to respondents' brief no later than Monday, April 24, 2006.  Thereafter, the matter will stand submitted.

    IT IS SO ORDERED.

    DATED:  April 19, 2006.

                        /s/Lawrence K. Karlton____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT